### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAHEEM JACKSON, | : | No. 3:25cv1054 |
| | : | |
| Plaintiff | : | (Judge Munley) |
| | : | |
| v. | : | |
| | : | |
| LIEUTENANT BACCI, | : | |
| | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 20 day of March 2026, upon consideration of defendant's motion (Doc. 29) to dismiss, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1.  The unopposed motion (Doc. 29) to dismiss is **GRANTED**.

2.  The Clerk of Court is directed to **CLOSE** this case.

3.  Any appeal from this order is **DEEMED** frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court